NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

IN RE MORGAN STANLEY, MORGAN STANLEY & CO. INCORPORATED, J.P. MORGAN CHASE & CO., J.P. MORGAN SECURITIES, INC., J.P. MORGAN CLEARING CORP., CREDIT SUISSE HOLDINGS (USA), INC., CREDIT SUISSE SECURITIES (USA) LLC, THE GOLDMAN SACHS GROUP, INC., GOLDMAN SACHS & CO., GOLDMAN SACHS EXECUTION & CLEARING LP, SWS GROUP, INC., AND SOUTHWEST SECURITIES, INC.,
*Petitioners.*

---

Miscellaneous Docket No. 962

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 09-CV-0326, Judge Leonard Davis.

-------------------------------------------------------------------------

IN RE BATS TRADING, INC. (ALSO KNOWN AS BATS EXCHANGE, INC.), THE NASDAQ OMX GROUP, INC., NASDAQ OMX PHLX, INC., INTERNATIONAL SECURITIES EXCHANGE, LLC, CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED, NYSE EURONEXT, NYSE ARCA, INC., NYSE AMEX, LLC, SECURITIES INDUSTRY AUTOMATION

CORPORATION, OPTIONS PRICE REPORTING AUTHORITY, BOSTON OPTIONS EXCHANGE GROUP, LLC, CME GROUP, INC., BOARD OF TRADE OF THE CITY OF CHICAGO, INC., AND NEW YORK MERCANTILE EXCHANGE, INC.,

*Petitioners.*

---

Miscellaneous Docket No. 964

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case nos. 09-CV-0327, Judge Leonard Davis.

---

## IN RE THOMSON REUTERS CORPORATION, FACTSET RESEARCH SYSTEMS INC., BLOOMBERG L.P. AND INTERACTIVE DATA CORPORATION,

*Petitioners.*

---

Miscellaneous Docket No. 967

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 6:09-CV-00333, Judge Leonard Davis.

---

## ORDER

Upon consideration of Interactive Data Corporation's unopposed motion to withdraw Mark A. Kressel as counsel,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 26 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Daniel A. DeVito, Esq.
    Robert A. Cote, Jr., Esq.
    Keith J. Grady, Esq.
    Scott F. Partridge, Esq.
    Rick L. Rambo, Esq.
    David R. Francescani, Esq.
    Michael M. Murray, Esq.
    Lynn E. Rzonca, Esq.
    James H. Shalek, Esq.
    Benjamin W. Hattenbach, Esq.
    Constance S. Huttner, Esq.
    John M. DiMatteo, Esq.
    Brian E. Moran, Esq.
    Mark A. Kressel, Esq.
    Clerk, United States District Court for the Eastern District Of Texas

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 26 2011

JAN HORBALY
CLERK